UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, NJ 08360
P: 856-696-8300
F: 856-696-3586
mylawyer7@aol.com

Order Filed on May 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Arhur & Diane Thompson

| | |
|---|---|
| Case No.: | 18-13309 |
| Chapter: | 13 |
| Judge: | ABA |

## ORDER AUTHORIZING RETENTION OF

_____Mark S Nathan, Esq._____

The relief set forth on the following page is **ORDERED**.

**DATED: May 30, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Mark S Nathan, Esq._____

as _____Special Counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is: 900 Route 168, Suite F3

    Blackwood, NJ 08012

    _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 18-13309-ABA
Arthur F. Thompson                                              Chapter 13
Diane A. Thompson
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 1            Date Rcvd: May 30, 2018
                               Form ID: pdf903          Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.
```
db             +Arthur F. Thompson,    6173 Irving Ave,    Merchantville, NJ 08109-5322
jdb            +Diane A. Thompson,     6173 Irving Ave,    Merchantville, NJ 08109-5322
aty            +Mark Nathan,    900 Route 168,    Suite F-3,    Blackwood, NJ 08012-3209
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

```
               ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage Pass-Through Certificates, Series
               2007-HE6 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage Pass-Through Certificates, Series
               2007-HE6 kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
              Nola R. Bencze    on behalf of Creditor    The Western and Southern Life Insurance Company
               nbencze@clarkhill.com
              Nola R. Bencze    on behalf of Plaintiff    The Western and Southern Life Insurance Company
               nbencze@clarkhill.com
              Seymour   Wasserstrum     on behalf of Debtor Arthur F. Thompson mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour   Wasserstrum     on behalf of Joint Debtor Diane A. Thompson mylawyer7@aol.com,
               ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```