| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage Pass-Through Certificates, Series 2007-HE6 | Order Filed on July 30, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No:  18-13309 ABA<br><br>Chapter: 13<br><br>Judge:  Andrew B. Altenburg, Jr. |
| In Re:<br><br>Diane A. Thompson, Arthur F. Thompson<br><br>    Debtors. | |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 30, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:       Diane A. Thompson, Arthur F. Thompson
Case No.:     18-13309 ABA
Caption:      **ORDER VACATING AUTOMATIC STAY**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, JPMorgan Chase Bank, N.A, upon a consent order to vacate the automatic stay as to real property known as 6173 Irving Avenue, Pennsauken, New Jersey 08109, and with the consent of Mark Nathan, Esq., counsel for the Debtors, Diane A. Thompson and Arthur F. Thompson

It is hereby **ORDERED, ADJUDGED** and **DECREED** that the automatic stay as to 6173 Irving Avenue, Pennsauken, New Jersey 08109 will be vacated as of August 24th 2018 to permit Secured Creditor to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursued its rights in 6173 Irving Avenue, Pennsauken, New Jersey 08109; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor, its successors or assigns, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives. Additionally, any purchaser of the property at Sheriff's Sale or their assign, may take any legal action for enforcement of its right to possession of the property; and