Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                  Case No.:  18−13309−ABA
                  Chapter:  13
                  Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Arthur F. Thompson                                Diane A. Thompson
    6173 Irving Ave                                      6173 Irving Ave
    Merchantville, NJ 08109                     Merchantville, NJ 08109

Social Security No.:
   xxx−xx−6028                                         xxx−xx−6058

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on September 13, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 13, 2018
JAN: ml

                                                                                                            Jeanne Naughton
                                                                                                            Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 18-13309-ABA
Arthur F. Thompson                                             Chapter 13
Diane A. Thompson
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin               Page 1 of 2          Date Rcvd: Sep 13, 2018
                              Form ID: 148              Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2018.
db/jdb        +Arthur F. Thompson,    Diane A. Thompson,   6173 Irving Ave,   Merchantville, NJ 08109-5322
aty           +Mark Nathan,   900 Route 168,   Suite F-3,   Blackwood, NJ 08012-3209
517434670     +CAMDEN COUNTY MUA,   1645 FERRY AVE,   CAMDEN NJ 08104-1311
517356651    ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
              (address filed with court: CREDIT ACCEPTANCE,   25505 WEST 12 MILE ROAD,
               SOUTHFIELD , MI 48034)
517342879     +Camden County Municipal Utilities Author,   PO Box 1105,   Regional Sewer Service Invoice,
               Bellmawr, NJ 08099-5105
517342881     +Credit Acceptance,   PO Box 513,   Southfield, MI 48037-0513
517386022     +Deutsche Bank National Trust Co. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517342884      IRS,   PO Box 725,   Special Procedures Function,   Springfield, NJ 7081
517342887     +Jeanes Hospital,   7600 Central Ave,   Philadelphia, PA 19111-2499
517342888      Kennedy Health System,   PO Box 48023,   Newark, NJ 07101-4823
517342889      Office Of Attorney General,   25 Market Street, PO Box 112,   Richard J Hughes Justice Complex,
               Trenton, NJ 08625-0112
517342892      PSE & G,   PO Box 14444,   New Brunswick, NJ 08906-4444
517342890     +Phelan Hallinan & Diamond, & Jones, PC,   400 Fellowship Road Suite 100,
               Mt. Laurel, NJ 08054-3437
517342893      SLS Mortgage,   P.O. Box 636005,   Littleton, CA 80163-6005
517342894    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State Of New Jersey,   P.O. Box 245,
               Dept Of Treasury-Division Of Taxation,   Trenton, NJ 08695-0245)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 13 2018 23:06:28     U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 13 2018 23:06:25     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517342878      EDI: WFFC.COM Sep 14 2018 02:23:00    American Servicing,   P. O. Box 10388,
               Des Moines, IA 50306-0388
517342880      E-mail/Text: clientrep@capitalcollects.com Sep 13 2018 23:07:39     Capital Collection Service,
               Po Box 150,   West Berlin, NJ 08091-0150
517342882     +E-mail/Text: tropiann@einstein.edu Sep 13 2018 23:06:20     Einstein Practice Plan,
               5401 Old York Road Suite 203,   Philadelphia, PA 19141-3044
517342885     +EDI: IRS.COM Sep 14 2018 02:23:00    IRS,   1601 Market St,   Philadelphia, PA 19103-2301
517410624     +E-mail/Text: bankruptcy@pseg.com Sep 13 2018 23:05:21     PSE&G Attn: Bankruptcy Dept,
               PO Box 490,   Cranford NJ 07016-0490
517342891     +EDI: AMINFOFP.COM Sep 14 2018 02:23:00    Premier Bankcard Inc.,   3820 N. Louise Ave.,
               Souix Falls, SD 57107-0145
517448365     +EDI: JEFFERSONCAP.COM Sep 14 2018 02:23:00    Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517476263     +E-mail/Text: cheryl.hufford@wslife.com Sep 13 2018 23:07:44
               The Western and Southern Life Insurance Company,   400 Broadway,   Cincinnati, OH 45202-3341
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517342883*     IRS,   PO Box 744,   Springfield, NJ 07081-0744
517360977*     Internal Revenue Service,   P.O. Box 7317,   Philadelphia PA 19101-7317
517342886*    +Irs,   P.O. Box 7346,   Philadelphia, PA 19101-7346
517518983*   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,   Department of Treasury,
               Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)
                                                                              TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1           User: admin               Page 2 of 2                   Date Rcvd: Sep 13, 2018
                               Form ID: 148              Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage Pass-Through Certificates, Series
               2007-HE6 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Kevin Gordon McDonald     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for Morgan Stanley ABS Capital I Inc. Trust 2007-HE6, Mortgage Pass-Through Certificates, Series
               2007-HE6 kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              Nola R. Bencze    on behalf of Creditor    The Western and Southern Life Insurance Company
               nbencze@clarkhill.com,    mfaas@clarkhill.com
              Nola R. Bencze    on behalf of Plaintiff    The Western and Southern Life Insurance Company
               nbencze@clarkhill.com,    mfaas@clarkhill.com
              Seymour   Wasserstrum    on behalf of Joint Debtor Diane A. Thompson mylawyer7@aol.com,
               ecf@seymourlaw.net
              Seymour   Wasserstrum    on behalf of Debtor Arthur F. Thompson mylawyer7@aol.com,
               ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```