Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−13309−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Arthur F. Thompson
6173 Irving Ave
Merchantville, NJ 08109

Diane A. Thompson
6173 Irving Ave
Merchantville, NJ 08109

Social Security No.:
   xxx−xx−6028                                                   xxx−xx−6058

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: November 15, 2018         Andrew B. Altenburg Jr.
                                 Judge, United States Bankruptcy Court